UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:  Revis Shepherd
Theresa Ann Shepherd                              Case Number:   18-61398
Debtors

### ORDER SUSTAINING OBJECTION TO CLAIM

The Trustee having filed an objection to claim #14-1 filed by NISSAN MOTOR ACCEPTANCE,

and the court being sufficiently advised, IT IS ORDERED:

The objection is SUSTAINED.

This order shall apply to any amended claim filed after the trustee's objection.

Copies to:

NISSAN MOTOR ACCEPTANCE
P O BOX 660366
DALLAS, TX 75266-0366

OWENS, JR., FRED
Served Electronically Via ECF

UNITED CONSUMER FINANCIAL SERVICE
via ECF
,

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge
Dated: Monday, July 29, 2019**
(grs)